AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

CENTRAL DIVISION OF THE District of UTAH

UNITED STATES OF AMERICA
V.
STEPHEN PLATO MCRAE

**WARRANT FOR ARREST**

Case Number: ~~2:16mj-1~~ ~~RTB~~

#2:16-mj-555-RTB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    STEPHEN PLATO MCRAE
                                             Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation  ☐ Supervised Release Violation Petition  ☐ Violation Notice

☐ Petition

charging him or her with (brief description of offense)

Felon in Possession of Firearm/Ammunition

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

NOV 10 2016

D. MARK JONES, CLERK
BY _____
      DEPUTY CLERK

SEALED

in violation of Title  18   United States Code, Section(s)  922(g)(1)

ROBERT T. BRAITHWAITE
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

11/2/2016    St. George, Utah  & LaVerkin, UT
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Escalante, Utah

| DATE RECEIVED 11/02/2016 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/03/2016 | Chris Andersen, Special Agent | _[signature]_ |