JOHN W. HUBER, United States Attorney (#7226)
MARK K. VINCENT, Assistant United States Attorney (#5357)
PAUL KOHLER, Assistant United States Attorney (#8224)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah  84111-2176
Telephone:  (801) 524-5682

FILED
DISTRICT COURT

2017 FEB 15  P 12: 23

DISTRICT OF UTAH

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | 2:16-CR-566-TS |
|---|---|
| Plaintiff, | |
| vs. | **SUPERSEDING INDICTMENT** |
| STEPHEN PLATO MCRAE, | VIOS. 18 U.S.C. § 1366(a), Destruction of an Energy Facility; 18 U.S.C. § 922(g)(1), Possession of a Firearm/Ammunition by a Restricted Person; and 21 U.S.C. § 844(a), Possession of a Controlled Substance. |
| Defendant. | |
| | (Judge Ted Stewart) |

The Grand Jury charges:

## COUNT 1
### (18 U.S.C. § 1366(a))
### (Destruction of an Energy Facility)

On or about September 25, 2016, in the Central Division of the District of Utah,

1

STEPHEN PLATO MCRAE,

the defendant herein, did knowingly and willfully damage and attempt to damage the property of an energy facility, namely: the Garkane Energy Cooperative's Buckskin substation, in an amount in excess of $100,000.00 and caused a significant interruption and impairment of a function of that energy facility; all in violation of 18 U.S.C. § 1366(a).

## COUNT 2
### (18 U.S.C. § 922(g)(1))
**(Possession of a Firearm/Ammunition by a Restricted Person)**

On or about November 3, 2016, in the Central Division of the District of Utah,

STEPHEN PLATO MCRAE,

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Springfield 30-40, Model 1898, rifle; and associated ammunition; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 3
### (21 U.S.C. § 844(a))
### (Possession of a Controlled Substance)

On or about November 3, 2016, in the Central Division of the District of Utah,

STEPHEN PLATO MCRAE,

the defendant herein, did knowingly and intentionally possess marijuana, a schedule I controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 844(a).

A TRUE BILL:

_____
FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney

_____
MARK K. VINCENT
Assistant United States Attorney

3