

U.S. Department of Justice

Federal Bureau Of Prisons

LODGED

*FCI Englewood*
9595 W. Quincy Avenue
Littleton, CO 80123

May 17, 2017

The Honorable Ted Stewart
United States District Judge
for the District of Utah
351 S West Temple
Room 10.320
Salt Lake City, UT 84101

RE: MCRAE, Stephen
    Reg. No.: 24884-081
    Case No.: 2:16-cr-00566-TS

Dear Judge Stewart:

In accordance with your court order dated April 10, 2017, Mr. McRae has been committed to the Federal Detention Center, Englewood, Colorado, since May 5, 2017, for a period of study to evaluate his competency to stand trial.

In order for our staff to thoroughly evaluate Mr. McRae, we are requesting the 30-day study commence with the date of his arrival, May 5, 2017. The study period would end on June 5, 2017. The evaluation will be sent on or before June 19, 2017.

If the Court has questions or comments regarding the evaluation, please contact Dr. Angela van der Walt at (303) 985-1566, ext. 1315.

Sincerely,

Deborah Denham
Warden