FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUL 17 2017

D. MARK JONES, CLERK
BY _____
DEPUTY CLERK

RECEIVED CLERK

JUL 17 2017

U.S. DISTRICT COURT

Stephen McRae 24884-081
F.D.C.
9595 West Quincy Ave
Littleton, Colorado 80123

Dear Sir,

I am so sorry to tell you that I am being transferred again tomorrow on 7/14/17. I do not know where I am going or when I will get there. They do not tell a person where, when, or why they go anywhere. I desperately need more time to cure my deficiencies in my complaint. Please accomodate me. I have a meritorious case. These County jails and Detention centers are atrocious in their treatment of prisoners!

Please Help me
With more time
6 wks please

16CR566

Thank You

Stephen McRae

P.S. I have just finished a mental evaluation and I am in ~~the~~ bad shape with Thyroid, Bi-polar and ADHD.

D. MARK JONES, CLERK

JUL 17 2017

COURT DISTRICT OF UTAH
UNITED STATES DISTRICT

U.S. DISTRICT COURT

JUL 17 2017

RECEIVED CLERK

Stephen Plato McRae 24884-081
Federal Detension Center
9595 West Quincy Avenue
Littleton, Colorado 80123

United States District Court
Judge Shelby
351 Southwest Temple 1.100
Salt Lake City Utah
84101