ARIC CRAMER, (No. 5460)
CRAMER CRAMER, LLC
Attorney for Defendant
249 E Tabernacle St. Suite 102
St. George, UT 84770
Telephone: (435) 627-1565
Fax: (435) 628-9876
Email: ariccramer@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN PLATO MCRAE,<br><br>Defendant. | **MOTION TO UNSEAL DOCUMENT**<br><br><br>Case Number: 2:16-cr-00566-TS-1<br><br>Judge: Ted Stewart<br>Magistrate Judge: Robert T. Braithwaite |

COMES NOW attorney, Aric Cramer, and hereby moves the court to unseal a document filed by the Defendant, Stephen Plato McRae. Counsel received notice from the court of a document ECF #56 filed on or about December 27, 2017 titled Motion for Leave to Appeal in Forma Pauperis by the Defendant, Stephen Plato McRae. Defense counsel has not been given a copy or been told by the Defendant of his intentions of such a filing.

THEREFORE, counsel for the Defendant moves the court to allow the unsealing of the document.

Dated this 28th, day of December, 2017.

                                          /s/ Aric Cramer
                                          Aric Cramer
                                          Attorney at Law

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

United States Attorney's Office-Salt Lake City
Mark K. Vincent
mark.vincent@usdoj.gov
via electronically

United States Attorney's Office-St. George
Paul Kohler
paul.kohler@usdoj.gov
via electronically

/s/Loreal Cramer
Loreal Cramer
Legal Assistant