# EXHIBIT 1

UNCLASSIFIED

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



**FBI, WVTAC**
**1000 CUSTER HOLLOW ROAD**
**CLARKSBURG, WV 26306**

| | |
|---|---|
| File Number: | 98-SU-2086640 |
| Requesting Official(s) and Office(s): | SA Chris O. Anderson (SU) |
| Task Number(s) and Date Completed: | LSMS, 2/15/2017 |
| Name and Office of Linguist(s): | EMA Sarah E. Sphon (WVTAC) |
| Name and Office of Reviewer(s): | EMA David E. Ferrebee (WVTAC) |
| Source Language(s): | English |
| Target Language: | English |

Source File Information
 Name of Audio File or CD:    Device_1_11-1-16_ and_11-2-16.001
  Device_1_11-1-16_ and_11-2-16.002
  Device_1_11-1-16_ and_11-2-16.003
  Device_1_11-1-16_ and_11-2-16.004
  Device_1_11-1-16_ and_11-2-16.005
  Device_1_11-1-16_ and_11-2-16.006
  Device_1_11-1-16_ and_11-2-16.007
  Device_1_11-1-16_ and_11-2-16.008
  Device_1_11-1-16_ and_11-2-16.009
  Device_1_11-1-16_ and_11-2-16.010

VERBATIM TRANSCRIPTION

Participants:
 SM:     Stephen McRae

UNCLASSIFIED

SMc 00868 NOC 5

UNCLASSIFIED

| | |
|---|---|
| Rob: | Rob LNU |
| CHS: | (S-00079129) |
| Claire: | Claire LNU |

Abbreviations:

| | |
|---|---|
| PH | Phonetic |
| UI | Unintelligible |
| OV | Overlapping Conversation |
| [ ] | Translator's Note |

UNCLASSIFIED

SMc 00869 NOC 5

UNCLASSIFIED

File number: 98-SU-2086640
Audio name: Device_2_11-2-16.001

| | |
|---|---|
| CHS: | [LAUGHS] |
| SM: | I've got the ri-yo-you need to buy a space ship |
| CHS: | [OV] I'm teasing you, I'm teasing you. |
| SM: | [OV] I knew that, Uh, you know, uh, I-I man I've got the right angle brother. Hey I'm thinking Gunner [PH], this-this one research thing I'm doing. This one research-It's-it's-it's really the grand-it's-[NOSIE] it's the grandmother. The granddaddy is later? I'm not even going to tell you the granddaddy. The granddaddy will hit national news hard. See I'm-I'm-I'm-I'm not-- |
| CHS: | [OV] I know-- |
| SM: | [OV] --going, you know. I'm not just messing with little things any-- |
| SM: | [OV] I think I already figured it out. |
| SM: | Huh? |
| CHS: | Who am I going to tell? |
| SM: | I-I-- |
| CHS: | [OV] I've already figured it out. |
| SM: | You don't know what the granddaddy is though. But I'm going for the grandmomma this week. Fuck, fuck that god damn Nev-I hate the people in Nevada. They're nothing but a bunch of fucking ranching [NOISE] hunting-- |
| CHS: | [OV] No I--- |
| SM: | [OV] --mining. You could not figure out a way to destroy the earth quicker. |
| CHS: | [OV] No, I already--no, no, no, no. |
| SM: | [OV] Mining uses all the water and to-and it's toxic, ranching use-kills all the plants and uses all the water. |
| CHS: | [OV] Yeah |
| SM: | Hunting kills all the wild animals and gambling-and- Ed Addleson [PH]-- |
| CHS: | [OV] Ok. |

39
UNCLASSIFIED

UNCLASSIFIED

File number: 98-SU-2086640
Audio name: Device_2_11-2-16.001

SM: —makes all his money—

CHS: [OV] [UI]

SM: co—I mean you could not--

CHS: [OV] Do you know where that, um--

SM: [OV] think—what?

CHS: --I've been doing some research too dude.

SM: What?

CHS: So, you know where that, um, where the Indians sell fireworks down there? The Malappo [PH] what is the name of those—those--

SM: [OV] I don't--

CHS: --that Indian place down there.

SM: [OV]--uh—uhh…

CHS: [NOISE] That's where that massive substation is that supplies everything in the world.

SM: [OV] Come on, don—don't go there, okay, just don't go there.

CHS: Well--I'm not--you're--I'm going there, you don't have to go there, but I already figured it out. That thing--

SM: [OV] Ah-man, no-I'm—I'm-no. No, no, no, no, no, no, no, no, no, no, no don't--

CHS: [NOISE]

SM: This is—this is part of my master plan too.

CHS: Well, you might--somebody might beat you to it.

SM: Well that would be fine too.

CHS: [LAUGHS]

SM: That would be fine too. If somebody—I just—god I guess you get—you get like a kind of like a mother--

40
UNCLASSIFIED

SMc 00909 NOC 5

UNCLASSIFIED

File number: 98-SU-2086640
Audio name: Device_2_11-2-16.001

| | |
|---|---|
| CHS: | [OV] Its right off the freeway right there. |
| SM: | [OV] --it's your little--it's a four year--I know, I've already looked at it on Google Earth. What…we're talking specifics again. I know it's right on the freeway, I know but-its-that's—but—I didn't want to do that yet. Because I'm thinking of something big connected to it that's even bigger. See, if somebody just-I,m thinking—five in a row. Shut down the whole west coast. Five in a row, shut down the whole west coast. I think I can do it. Okay, you lis—so don't—you know--they can't come up with enough fucking portables. You understand what I'm saying. They can't come up with enough shit, to replace it all. God damn I'm telling you too much, do you know they would murder us right now if they knew? |
| CHS: | [LAUGHS] |
| SM: | They would just send a drone out, [makes noise] no more Volkswagen, get rid of them mother fuckers… you know. We're going to cause-- |
| CHS: | [OV] [LAUGHS] Ha. |
| SM: | --them too much bad PR. Let—see they've-they've got you convinced that they are invincible. The military, it's so weak. |
| CHS: | Well how come… I wonder why those…those ISIS guys haven't figured all this shit out. |
| SM: | So the—that's --what I can't-- |
| CHS: | [OV] Thank God that—they haven't. |
| SM: | [OV] --they love to kill people. |
| CHS: | What? |
| SM: | That's their tact-- |
| CHS: | [OV] Well, I-I know that guy from somewhere. |
| SM: | --their tact is to--and their doing pretty good at it. They are turning us into police states. I'd say they're pretty effective. With their tactic, didn't we become a police state after nine-eleven? |
| CHS: | Well, wait a minute. |
| SM: | Think about what I'm talking about. |

41
UNCLASSIFIED