# EXHIBIT 2

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



FBI WVTAC
1000 Custer Hollow Road
Clarksburg WV

| | |
|---|---|
| File Number: | 98-SU-2086640 |
| Requesting Official(s) and Office(s): | SA: Chis O. Andersen (SU) |
| Task Number(s) and Date Completed: | 651292, 3/1/2017 |
| Name and Office of Linguist(s): | James M. Watson (WVTAC) |
| Name and Office of Reviewer(s): | Eric S. Westfall (WVTAC) |
| Source Language(s): | English |
| Target Language: | English |

Source File Information
    Audio File: Device_2_10-28.004

VERBATIM TRANSCRIPTION

Participants:

| | |
|---|---|
| CHS: | (S-00079129) |
| SM: | Stephen McRae |
| UM: | Unknown Male |
| UF: | Unknown Female |

SMc 00816 NOC 5

Abbreviations:

| | |
|---|---|
| OV: | Overlapping Voices |
| PH: | Phonetic |
| UI: | Unitelligible |
| [ ]: | Translators Note. |

SMc 00817 NOC 5

UNCLASSIFIED

File Number: 98-SU-2086640
Device_2_10-28.004

SM:         I-I [UI].

CHS:        The Government is creating the problem.

SM:         It's because its owned by corporate America.

CHS:        Oh, I agree, but that is the Government, okay. Our politicians are sold out to them.

SM:         Poor Hillary Clinton is owned lock, stock and barrel by Goldman Sachs, period-period, again and by uh, fracking. You know she's a big proponent of fracking.

CHS:        Oh, I know it's disgusting.

SM:         It-it the whole, but see they all bought into that. Oh, well we gotta do a transition from coal through natural gas to renewables. Well, you can't trust industry to do anything.

CHS:        Well, you-you're-they're correct. That there has to be a transition. The problem is [OV]--

SM:         That the Republicans...

CHS:        --the transition occurs at corporate profit time frame.

SM:         Sure, exactly. [UI] [OV]--

CHS:        It doesn't occur through any basis of science.

SM:         --figured that out don't you? The quarterly report drives our culture [OV].

CHS:        Of course it does [OV].

SM:         How insane is that?

CHS:        Of course, it's [OV]...

SM:         You only look three months ahead.  Think about that. A culture is uh-uh-uh is vast as you, is really driven by three months, what-what profits are made every three months. That's what drives...

CHS:        That's why—that's why other country's look at us as just complete fools.

SM:         We're totally insane.

CHS:        We're insane, yes we are.

41
UNCLASSIFIED