# EXHIBIT 3

UNCLASSIFIED

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



FBI Directorate of Intelligence
1000 Custer Hollow Road
Clarksburg, WV 26306

| | |
|---|---|
| File Number: | 98-SU-2086640 |
| Requesting Official(s) and Office(s): | SA Chris O. Andersen (SU) |
| Task Number(s) and Date Completed: | 650695, 2/22/2017 |
| Name and Office of Linguist(s): | EMA Victoria Murphy (WVTAC) |
| Name and Office of Reviewer(s): | EMA David Ferrebee (WVTAC) |
| Source Language(s): | English |
| Target Language: | English |

Source File Information
 Name of Audio File or CD:
 —Date, Time, Duration:

Device_1_10-27_and_10-28.001.wav
12/20/2016, 02:52:36 pm (Time), 00:00 (Duration)
Device_1_10-27_and_10-28.002.wav
12/20/2016, 02:52:37 pm (Time), 00:01 (Duration)
Device_1_10-27_and_10-28.003.wav
12/20/2016, 02:52:39 pm (Time), 36:24 (Duration)
Device_1_10-27_and_10-28.004.wav
12/20/2016, 02:37:39 pm (Time), 15:01 (Duration)
Device_1_10-27_and_10-28.005.wav
12/20/2016, 02:52:41 pm (Time), 00:08 (Duration)
Device_1_10-27_and_10-28.006.wav
12/20/2016, 02:52:42 pm (Time), 00:06 (Duration)
Device_1_10-27_and_10-28.007.wav
12/20/2016, 02:52:43 pm (Time), 00:06 (Duration)
Device_1_10-27_and_10-28.008.wav
12/20/2016, 02:52:44 pm (Time), 00:10 (Duration)

UNCLASSIFIED

UNCLASSIFIED

Device_1_10-27_and_10-28.009.wav
12/20/2016, 2:52:45 pm (Time), 00:01 (Duration)
Device_1_10-27_and_10-28.010.wav
12/20/2016, 2:52:46 pm (Time), 00:04 (Duration)
Device_1_10-27_and_10-28.011.wav
12/20/2016, 2:52:47 pm (Time), 00:03 (Duration)
Device_1_10-27_and_10-28.012.wav
12/20/2016, 2:52:49 pm (Time), 47:56 (Duration)

VERBATIM TRANSCRIPTION

Participants:

| | |
|---|---|
| Stephen McRae | SM |
| Confidential Human Source | CHS |
| Unknown Female 1 | UF1 |
| Unknown Female 2 | UF2 |
| Unknown Female 3 | UF3 |
| Unknown Female 4 | UF4 |
| Unknown Female 5 | UF5 |
| Unknown Male 1 | UM1 |
| Unknown Male 2 | UM2 |

Abbreviations:

| | |
|---|---|
| [ ] | Translator's Notes and exegeses |
| UI | Unintelligible |
| OV | Overlapping Voices |
| PH | Phonetic |

UNCLASSIFIED

UNCLASSIFIED

File Number: 98-SU-2086640
Audio Name: Device_1_10-27_and_10-28.001.wav, Device_1_10-27_and_10-28.002.wav, Device_1_10-27_and_10-28.003.wav, Device_1_10-27_and_10-28.004.wav, Device_1_10-27_and_10-28.005.wav, Device_1_10-27_and_10-28.006.wav, Device_1_10-27_and_10-28.007.wav, Device_1_10-27_and_10-28.008.wav, Device_1_10-27_and_10-28.009.wav, Device_1_10-27_and_10-28.010.wav, Device_1_10-27_and_10-28.011.wav, Device_1_10-27_and_10-28.012.wav

| | |
|---|---|
| CHS: | [OV] That's the corporate state-- |
| SM: | [OV] --We can go…to a bird sanctuary and the corporations don't care. |
| CHS: | They don't care-- |
| SM: | [OV] This is, uh--this is what goes-- |
| CHS: | [OV] --No. |
| SM: | [OV] --this is really what's happening. |
| CHS: | I agree. |
| SM: | And not only that, the Mormons love the corporations and want to be their slaves. That's part of their ideology. |
| CHS: | M-hum. |
| SM: | You know, you know the free markets? So i-it plays. That's why--i-if you start looking just under the surface, you know that corporate America runs, you know, the United States. They just do. |
| CHS: | M-hum. |
| SM: | [UI] That proves it. You know, that's--what was that a six billion dollar pipeline and then how much ever crude flows through it. |
| CHS: | And if those guys shut off-- |
| SM: | [OV] And it's probably-- |
| CHS: | --the oil, [noise] those guys are probably gonna do 20 years in jail. Okay? |
| SM: | Yeah. [UI]-- |
| CHS: | [OV] And then the Malheur guys who do a million dollars worth of damage up there, armed… |
| SM: | --Uh-huh. |
| CHS: | And they're intimidating and threatening people-- |
| SM: | [OV] Armed. That's what amazes me, fucking armed and you try--I was laughing when they first said we're just, we're just--it was a protest, a civil di--and I'm thinking an |

43
UNCLASSIFIED