# EXHIBIT 4

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



1000 Custer Hollow Road
Clarksburg, WV 26306

| | |
|---|---|
| File Number: | 98-SU-2086640 |
| Requesting Official(s) and Office(s): | SA Chris O. Anderson (SU) |
| Task Number(s) and Date Completed: | 650703/648480, 3/1/2017 |
| Name and Office of Linguist(s): | EMA Sarah M. Bryan (WVTAC) [ET: 00:00:00 – 02:28:58] EMA Collin Friedemann (WVTAC) [ET: 02:28:58 – 03:59:57] |
| Name and Office of Reviewer(s): | EMA Todd Turner (WVTAC) |
| Source Language(s): | English |
| Target Language: | English |
| Source File Information Name of Audio File or CD: | bug_2016-10-07_21-18-38_MDT |
| — Date, Time, Duration: | 10/13/2016, 15:11, 03:59:57 |

VERBATIM TRANSCRIPTION

<u>Participants</u>:

| | |
|---|---|
| Stephen McRae | SM |
| Erica Walz | EW |
| Viva LNU | VL |
| Christopher Ketchum | CK |
| Unknown Male | UM |

UNCLASSIFIED

SMc 00037 NOC 5

UNCLASSIFIED

Abbreviations:

| | |
|---|---|
| [] | Translator's Notes and exegeses |
| PH | Phonetic |
| UI | Unintelligible |
| OV | Overlapping Voices |
| SC | Simultaneous Conversation |
| ET | Elapsed Time |
| SP | Spelled-out |

UNCLASSIFIED

SMc 00038 NOC 5

UNCLASSIFIED

File Number: 98-SU-2086640
Audio Name: bug_2016-10-07_21-18-38_MDT

SM:     --space. I don't know that--

EW:     --but --

SM:     [UI]

EW:     --but I feel like everybody keeps harking back like some kind of ideal that I see never
        fucking existed. And so like that money that --

SM:     It's easy to blame Clinton. It's easy to blame Obama. Corporate America controls
        politicians with money a-a-and that's the problem.

EW:     Now as—

SM:     That's the problem.

EW:     --now--

SM:     That's the --

UM:     [UI] how do you take that?

EW:     No.

SM:     [UI] with a gun--

EW:     But you know if you want to take [UI]

CK:     [UI]

EW:     If I mean you know--

SM:     No [UI]

EW:     --well maybe--

SM:     You got a lot of questions--

EW:     --maybe--

SM:     --with zero answers.

CK:     [UI]

SM:     Zero solutions--

SMc 00192 NOC 5