# EXHIBIT 5

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



1000 Custer Hollow Road
Clarksburg, WV 26306

| | |
|---|---|
| File Number: | 98-SU-2086640 |
| Requesting Official(s) and Office(s): | SA Chris O. Anderson (SU) |
| Task Number(s) and Date Completed: | 650703/648480, 3/1/2017 |
| Name and Office of Linguist(s): | EMA Sarah M. Bryan (WVTAC) [ET: 00:00:00 – 02:28:58] EMA Collin Friedemann (WVTAC) [ET: 02:28:58 – 03:59:57] |
| Name and Office of Reviewer(s): | EMA Todd Turner (WVTAC) |
| Source Language(s): | English |
| Target Language: | English |

Source File Information
  Name of Audio File or CD:        bug_2016-10-07_21-18-38_MDT
  – Date, Time, Duration:          10/13/2016, 15:11, 03:59:57

VERBATIM TRANSCRIPTION

Participants:
  Stephen McRae            SM
  Erica Walz               EW
  Viva LNU                 VL
  Christopher Ketchum      CK
  Unknown Male             UM

UNCLASSIFIED

SMc 00037 NOC 5

UNCLASSIFIED

Abbreviations:

| | |
|---|---|
| [] | Translator's Notes and exegeses |
| PH | Phonetic |
| UI | Unintelligible |
| OV | Overlapping Voices |
| SC | Simultaneous Conversation |
| ET | Elapsed Time |
| SP | Spelled-out |

UNCLASSIFIED

File Number: 98-SU-2086640
Audio Name: bug_2016-10-07_21-18-38_MDT

SM: --is never have --

EW: That's true.

SM: --and it never will--

EW: That's true.

SM: [UI]

[UI]

SM: One of the most greatest [UI] so the only way they're gonna stop global warming is by force. The only way we're gonna stop corporate America take over--

EW: But there's--

SM: --is by force. Any body that doesn't know it is naïve and we can blame Clinton and we can blame Obama, but what we're really all doing is just advocating our own responsibility of taking it over by changing this world by force. So [noise] well I ain't got to have I can't do nothing about it or it's Obama's fault. [Laughter] Oh he's a sorry motherfucker. He ain't got no balls or you ain't got no balls cuz you won't pick up a gun and change the world.

[Laughter]

SM: I'm [UI] I'm ashamed I don't give a fuck if I'm a huge [UI] when we [UI] I don't give a fuck if I get shot as long as somebody [noise] picks up the gun after me and keep shooting. That's what I've been pitching for years.

UM: Well what are you gonna do to ensure that [UI]

SM: I try hard to that don't happen. I'm afraid I'll end up as black—

VL: I like your energy, but you don't have--

SM: Well we w-w-we find all these excuses just not to do anything. It's Clinton's fault. I-it's Obama's fault.

[Cough]

[UI]

EW: [UI] thinking --