# EXHIBIT 6

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



FBI Directorate of Intelligence
1000 Custer Hollow Road
Clarksburg, WV 26306

| | |
|---|---|
| File Number: | 98-SU-2086640 |
| Requesting Official(s) and Office(s): | SA Chris O. Andersen (SU) |
| Task Number(s) and Date Completed: | 650695, 2/22/2017 |
| Name and Office of Linguist(s): | EMA Victoria Murphy (WVTAC) |
| Name and Office of Reviewer(s): | EMA David Ferrebee (WVTAC) |
| Source Language(s): | English |
| Target Language: | English |

Source File Information
  Name of Audio File or CD:
  —Date, Time, Duration:

Device_1_10-27_and_10-28.001.wav
12/20/2016, 02:52:36 pm (Time), 00:00 (Duration)
Device_1_10-27_and_10-28.002.wav
12/20/2016, 02:52:37 pm (Time), 00:01 (Duration)
Device_1_10-27_and_10-28.003.wav
12/20/2016, 02:52:39 pm (Time), 36:24 (Duration)
Device_1_10-27_and_10-28.004.wav
12/20/2016, 02:37:39 pm (Time), 15:01 (Duration)
Device_1_10-27_and_10-28.005.wav
12/20/2016, 02:52:41 pm (Time), 00:08 (Duration)
Device_1_10-27_and_10-28.006.wav
12/20/2016, 02:52:42 pm (Time), 00:06 (Duration)
Device_1_10-27_and_10-28.007.wav
12/20/2016, 02:52:43 pm (Time), 00:06 (Duration)
Device_1_10-27_and_10-28.008.wav
12/20/2016, 02:52:44 pm (Time), 00:10 (Duration)

UNCLASSIFIED

UNCLASSIFIED

Device_1_10-27_and_10-28.009.wav
12/20/2016, 2:52:45 pm (Time), 00:01 (Duration)
Device_1_10-27_and_10-28.010.wav
12/20/2016, 2:52:46 pm (Time), 00:04 (Duration)
Device_1_10-27_and_10-28.011.wav
12/20/2016, 2:52:47 pm (Time), 00:03 (Duration)
Device_1_10-27_and_10-28.012.wav
12/20/2016, 2:52:49 pm (Time), 47:56 (Duration)

VERBATIM TRANSCRIPTION

Participants:

| | |
|---|---|
| Stephen McRae | SM |
| Confidential Human Source | CHS |
| Unknown Female 1 | UF1 |
| Unknown Female 2 | UF2 |
| Unknown Female 3 | UF3 |
| Unknown Female 4 | UF4 |
| Unknown Female 5 | UF5 |
| Unknown Male 1 | UM1 |
| Unknown Male 2 | UM2 |

Abbreviations:

| | |
|---|---|
| [ ] | Translator's Notes and exegeses |
| UI | Unintelligible |
| OV | Overlapping Voices |
| PH | Phonetic |

UNCLASSIFIED

File Number: 98-SU-2086640
Audio Name: Device_1_10-27_and_10-28.001.wav, Device_1_10-27_and_10-28.002.wav, Device_1_10-27_and_10-28.003.wav, Device_1_10-27_and_10-28.004.wav, Device_1_10-27_and_10-28.005.wav, Device_1_10-27_and_10-28.006.wav, Device_1_10-27_and_10-28.007.wav, Device_1_10-27_and_10-28.008.wav, Device_1_10-27_and_10-28.009.wav, Device_1_10-27_and_10-28.010.wav, Device_1_10-27_and_10-28.011.wav, Device_1_10-27_and_10-28.012.wav

with the mining and the global warming and the…

CHS: Well, it's all--

SM: [OV] [UI]--

CHS: --relative to the ability of the species. I mean, it's all, you know, it's just…

SM: --Ah…

CHS: I-it's, the species that's just what's--

SM: [OV] --We're the first to hyper-exploit.

CHS: [OV] --all species do. Well, we're supposed to be more intelligent and-and be a little bit more--

SM: [laugh]

CHS: --a little bit more self-aware. We are individually…

SM: I-I-see, that's-see--

CHS: [OV] For a large part, collectively we're just a bunch of blind, deaf idiots.

SM: --That--that's [UI]. That you would destroy the earth through global warming so you could have a bigger, newer SUV to drive to Wal-Mart. That's fucking insanity. It's insanity. There's nothing…you can't call it ignorance or nothing. It's fucking--you have--you don't even have a…y-your brain is so twisted and fucked.

CHS: Well, if there was 10,000 Steve McCrae's out there shooting up…fucking whatevers, you know…

SM: It would stop.

CHS: Uhm…uh, transformers and mines and all that happy horse shit. Then guess what? They--yeah, there'd be something going on. There'd be, uh, you know, people would start holy shit, what the hell's going on?

SM: If I had--

CHS: [OV] --But there's not.

SM: --If there was ten of me right now…and I had one month…I think I could bring…the United States to its knees. That's how easy it is to do. That's how--it's

63
UNCLASSIFIED

UNCLASSIFIED

File Number: 98-SU-2086640
Audio Name: Device_1_10-27_and_10-28.001.wav, Device_1_10-27_and_10-28.002.wav, Device_1_10-27_and_10-28.003.wav, Device_1_10-27_and_10-28.004.wav, Device_1_10-27_and_10-28.005.wav, Device_1_10-27_and_10-28.006.wav, Device_1_10-27_and_10-28.007.wav, Device_1_10-27_and_10-28.008.wav, Device_1_10-27_and_10-28.009.wav, Device_1_10-27_and_10-28.010.wav, Device_1_10-27_and_10-28.011.wav, Device_1_10-27_and_10-28.012.wav

|  |  |
|---|---|
|  | okay? |
| SM: | Yeah. |
| CHS: | Okay? |
| SM: | Yeah. |
| CHS: | Of government money, tax payer money-- |
| SM: | [OV] Oh yeah, [UI]do the prosecution-- |
| CHS: | [OV] --Okay-- |
| SM: | [OV] --[UI]-- |
| CHS: | [OV] --Okay-- |
| SM: | [OV] --[UI]-- |
| CHS: | [OV] --So then you have a, you have a million dollar transformer…that gets shot. |
| SM: | Yeah. |
| CHS: | Okay? |
| SM: | Yeah. |
| CHS: | So what do they want to do? They want to hang your ass your ass for shooting it-- |
| SM: | [OV] Oh, I'd get 20 years minimum. Minimum. And I'm stopping global warming…or slowing it down. You see, th-th-this works, too. Look. This works, too. I-I [UI]--we got to quick looking at equ--don't look at things emotionally. The way you look at it is, is that the whole infrastructure that handles the burning of coal…needs to be compromised. So the coal put--'cause we got to stop it-- |
| CHS: | [OV] Look, look here's the problem-- |
| SM: | [OV] --And so, we can't get emotional [UI]-- |
| CHS: | [OV] --Steve, Steve, hear me out. Hear me out. We can emotional, get real passionate. We can do things-- |
| SM: | [OV] --Yeah, but when it comes down-- |

67
UNCLASSIFIED