# EXHIBIT 7

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



**FBI, WVTAC**
**1000 CUSTER HOLLOW ROAD**
**CLARKSBURG, WV 26306**

| | |
|---|---|
| File Number: | 98-SU-2086640 |
| Requesting Official(s) and Office(s): | SA Chris O. Anderson (SU) |
| Task Number(s) and Date Completed: | LSMS, 2/15/2017 |
| Name and Office of Linguist(s): | EMA Sarah E. Sphon (WVTAC) |
| Name and Office of Reviewer(s): | EMA David E. Ferrebee (WVTAC) |
| Source Language(s): | English |
| Target Language: | English |

Source File Information
 Name of Audio File or CD:    Device_1_11-1-16_ and_11-2-16.001
                              Device_1_11-1-16_ and_11-2-16.002
                              Device_1_11-1-16_ and_11-2-16.003
                              Device_1_11-1-16_ and_11-2-16.004
                              Device_1_11-1-16_ and_11-2-16.005
                              Device_1_11-1-16_ and_11-2-16.006
                              Device_1_11-1-16_ and_11-2-16.007
                              Device_1_11-1-16_ and_11-2-16.008
                              Device_1_11-1-16_ and_11-2-16.009
                              Device_1_11-1-16_ and_11-2-16.010

VERBATIM TRANSCRIPTION

Participants:
 SM:                          Stephen McRae

UNCLASSIFIED

SMc 00868 NOC 5

UNCLASSIFIED

| | |
|---|---|
| Rob: | Rob LNU |
| CHS: | (S-00079129) |
| Claire: | Claire LNU |

Abbreviations:

| | |
|---|---|
| PH | Phonetic |
| UI | Unintelligible |
| OV | Overlapping Conversation |
| [ ] | Translator's Note |

UNCLASSIFIED

File number: 98-SU-2086640
Audio name: Device_2_11-2-16.001

| | |
|---|---|
| CHS: | [OV] Have you been up there? |
| SM: | No-I'm, I'm [UI] to go up there. You know big stands of Douglas fir and big stands of ponderosa you know it's never had anything but cow and sheep on it. Which is bad enough but, probably mostly sheep because it is Navajo which is pretty bad. [Pause] Does Steve not know you are coming? |
| CHS: | Trying to send him a text. |
| SM: | Here, here, here I got the wheel. Do whatever you want to, because it's pretty straight road from here just let me have it. |
| CHS: | I got it, I got it. [Pause] Anyway… |
| SM: | So, this is the culmination of four years for me this next week. I'm going to meet my destiny. |
| CHS: | I can't hear ya. |
| SM: | You can't hear me? |
| CHS: | I can now… it's just this god-damn this-this freaking noise. |
| SM: | [OV] I was saying…this is the cul… for me, this next week is a culmination of four years of research. This is a big deal, for me, for my life. |
| CHS: | Well, I hope it has meaning. |
| SM: | Huh? |
| CHS: | I hope it has meaning to the right people. |
| SM: | [OV] Well I-I-I I know I'm right. Ya know just fundamentally, l-let's just break it all down. Let's not have all the political arguments and all the analysis and micro managing and micro looking at something, we need to stop burning fossil fuels. I'm gonna put the hurt on that. Ain't that the way? Stop gl-to stop global warming you gotta stop burning fossil fuels. I'm fixing to put the hurt on it. Burning the fossil fuels. So, I-I mean it is real simple cut and dry to til, until it is over. Ya know? [PAUSE] [UI]. Like Derrick Jensen [PH] says ask any seven year old. How do we stop global warming? And they will tell you to stop burning oil and gas. Ask any techie, that works for a-a green engineering firm how to stop global warming and you'll get this long diatribe on solar and blah blah this and blah blah that. [PAUSE] |