# EXHIBIT 8

UNCLASSIFIED

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



**FBI, WVTAC**
**1000 CUSTER HOLLOW ROAD**
**CLARKSBURG, WV 26306**

| | |
|---|---|
| File Number: | 98-SU-2086640 |
| Requesting Official(s) and Office(s): | SA Chris O. Anderson (SU) |
| Task Number(s) and Date Completed: | LSMS, 2/15/2017 |
| Name and Office of Linguist(s): | EMA Sarah E. Sphon (WVTAC) |
| Name and Office of Reviewer(s): | EMA David E. Ferrebee (WVTAC) |
| Source Language(s): | English |
| Target Language: | English |

Source File Information
Name of Audio File or CD:   Device_1_11-1-16_ and_11-2-16.001
Device_1_11-1-16_ and_11-2-16.002
Device_1_11-1-16_ and_11-2-16.003
Device_1_11-1-16_ and_11-2-16.004
Device_1_11-1-16_ and_11-2-16.005
Device_1_11-1-16_ and_11-2-16.006
Device_1_11-1-16_ and_11-2-16.007
Device_1_11-1-16_ and_11-2-16.008
Device_1_11-1-16_ and_11-2-16.009
Device_1_11-1-16_ and_11-2-16.010

VERBATIM TRANSCRIPTION

Participants:
SM:                          Stephen McRae

UNCLASSIFIED

UNCLASSIFIED

| | |
|---|---|
| Rob: | Rob LNU |
| CHS: | (S-00079129) |
| Claire: | Claire LNU |

Abbreviations:

| | |
|---|---|
| PH | Phonetic |
| UI | Unintelligible |
| OV | Overlapping Conversation |
| [ ] | Translator's Note |

UNCLASSIFIED

SMc 00869 NOC 5

UNCLASSIFIED

File number: 98-SU-2086640
Audio name: Device_2_11-2-16.001

| | |
|---|---|
| CHS: | [LAUGHS] Okay, let's ah-let's go act like we're civilized human beings here for a minute. |
| SM: | Okay [UI] [NOISE] |
| CHS: | Hey Claire, how you doing? |
| Claire: | Hey, but don't get to close to me, I'm— |
| CHS: | Don't get to close to you, do you have cooties? |
| Claire: | [UI] Yeah, I had the-, uh, flu, but I'm-- |
| SM: | [OV] Ah- |
| CHS: | [OV] Oh you have the flu, Bummer. |
| Claire: | I'm over— |

[End of Recording Device_1_11-1-16_and_11-2-16.003]

[Begin Recording Device_1_11-1-16_and_11-2-16.004]

| | |
|---|---|
| SM: | I-i-it's a [UI]. The whole-the whole Federal Government is about, uh, how would you say--facilitating, uh, business. That is what it's really about, facilitating the electric companies, facilitating the-the oil companies, you know. |
| CHS: | Yeah let's jump on that [UI]. |
| SM: | You know what I mean, it's-that's what it is really about. Th-they have-they own us, they own us. They own our government. We don't live here. Not even by any stretch, you know. An-and Bernie Sander was the last hope [UI]. |
| CHS: | Yeah. |
| SM: | But the people had [UI]— |
| CHS: | [OV] Definitely don't agree with--disagree with you. |
| SM: | --[UI] Ah-I-that's why he should risked him and his families lives. That's what Germans did. Germans risked their-their [NOISE] livelihood. He shoulda done it. |
| CHS: | Hold on [UI]. |
| SM: | [OV] Well maybe he'll come back [UI]. Maybe he has a plan with Chris Haghes [PH] you know? |

15
UNCLASSIFIED