# EXHIBIT 9

UNCLASSIFIED

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



FBI Directorate of Intelligence
1000 Custer Hollow Road
Clarksburg, WV 26306

| | |
|---|---|
| File Number: | 98-SU-2086640 |
| Requesting Official(s) and Office(s): | SA Chris O. Andersen (SU) |
| Task Number(s) and Date Completed: | 650695, 2/22/2017 |
| Name and Office of Linguist(s): | EMA Victoria Murphy (WVTAC) |
| Name and Office of Reviewer(s): | EMA David Ferrebee (WVTAC) |
| Source Language(s): | English |
| Target Language: | English |

Source File Information
  Name of Audio File or CD:  Device_1_10-27_and_10-28.001.wav
  —Date, Time, Duration:  12/20/2016, 02:52:36 pm (Time), 00:00 (Duration)
  Device_1_10-27_and_10-28.002.wav
  12/20/2016, 02:52:37 pm (Time), 00:01 (Duration)
  Device_1_10-27_and_10-28.003.wav
  12/20/2016, 02:52:39 pm (Time), 36:24 (Duration)
  Device_1_10-27_and_10-28.004.wav
  12/20/2016, 02:37:39 pm (Time), 15:01 (Duration)
  Device_1_10-27_and_10-28.005.wav
  12/20/2016, 02:52:41 pm (Time), 00:08 (Duration)
  Device_1_10-27_and_10-28.006.wav
  12/20/2016, 02:52:42 pm (Time), 00:06 (Duration)
  Device_1_10-27_and_10-28.007.wav
  12/20/2016, 02:52:43 pm (Time), 00:06 (Duration)
  Device_1_10-27_and_10-28.008.wav
  12/20/2016, 02:52:44 pm (Time), 00:10 (Duration)

UNCLASSIFIED

SMc 00741 NOC 5

UNCLASSIFIED

Device_1_10-27_and_10-28.009.wav
12/20/2016, 2:52:45 pm (Time), 00:01 (Duration)
Device_1_10-27_and_10-28.010.wav
12/20/2016, 2:52:46 pm (Time), 00:04 (Duration)
Device_1_10-27_and_10-28.011.wav
12/20/2016, 2:52:47 pm (Time), 00:03 (Duration)
Device_1_10-27_and_10-28.012.wav
12/20/2016, 2:52:49 pm (Time), 47:56 (Duration)

## VERBATIM TRANSCRIPTION

Participants:

| | |
|---|---|
| Stephen McRae | SM |
| Confidential Human Source | CHS |
| Unknown Female 1 | UF1 |
| Unknown Female 2 | UF2 |
| Unknown Female 3 | UF3 |
| Unknown Female 4 | UF4 |
| Unknown Female 5 | UF5 |
| Unknown Male 1 | UM1 |
| Unknown Male 2 | UM2 |

Abbreviations:

| | |
|---|---|
| [ ] | Translator's Notes and exegeses |
| UI | Unintelligible |
| OV | Overlapping Voices |
| PH | Phonetic |

UNCLASSIFIED

SMc 00742 NOC 5

UNCLASSIFIED

File Number: 98-SU-2086640
Audio Name: Device_1_10-27_and_10-28.001.wav, Device_1_10-27_and_10-28.002.wav, Device_1_10-27_and_10-28.003.wav, Device_1_10-27_and_10-28.004.wav, Device_1_10-27_and_10-28.005.wav, Device_1_10-27_and_10-28.006.wav, Device_1_10-27_and_10-28.007.wav, Device_1_10-27_and_10-28.008.wav, Device_1_10-27_and_10-28.009.wav, Device_1_10-27_and_10-28.010.wav, Device_1_10-27_and_10-28.011.wav, Device_1_10-27_and_10-28.012.wav

|       | with the mining and the global warming and the… |
|-------|--------------------------------------------------|
| CHS:  | Well, it's all-- |
| SM:   | [OV] [UI]-- |
| CHS:  | --relative to the ability of the species. I mean, it's all, you know, it's just… |
| SM:   | --Ah… |
| CHS:  | I-it's, the species that's just what's-- |
| SM:   | [OV] --We're the first to hyper-exploit. |
| CHS:  | [OV] --all species do. Well, we're supposed to be more intelligent and-and be a little bit more-- |
| SM:   | [laugh] |
| CHS:  | --a little bit more self-aware. We are individually… |
| SM:   | I-I-see, that's-see-- |
| CHS:  | [OV] For a large part, collectively we're just a bunch of blind, deaf idiots. |
| SM:   | --That--that's [UI]. That you would destroy the earth through global warming so you could have a bigger, newer SUV to drive to Wal-Mart. That's fucking insanity. It's insanity. There's nothing…you can't call it ignorance or nothing. It's fucking--you have--you don't even have a…y-your brain is so twisted and fucked. |
| CHS:  | Well, if there was 10,000 Steve McCrae's out there shooting up…fucking whatevers, you know… |
| SM:   | It would stop. |
| CHS:  | Uhm…uh, transformers and mines and all that happy horse shit. Then guess what? They--yeah, there'd be something going on. There'd be, uh, you know, people would start holy shit, what the hell's going on? |
| SM:   | If I had-- |
| CHS:  | [OV] --But there's not. |
| SM:   | --If there was ten of me right now…and I had one month…I think I could bring…the United States to its knees. That's how easy it is to do. That's how--it's |

63
UNCLASSIFIED

SMc 00805 NOC 5