# EXHIBIT 10



**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

FBI WVTAC
1000 Custer Hollow Road
Clarksburg WV

| | |
|---|---|
| File Number: | 98-SU-2086640 |
| Requesting Official(s) and Office(s): | SA: Chis O. Andersen (SU) |
| Task Number(s) and Date Completed: | 651292, 3/1/2017 |
| Name and Office of Linguist(s): | James M. Watson (WVTAC) |
| Name and Office of Reviewer(s): | Eric S. Westfall (WVTAC) |
| Source Language(s): | English |
| Target Language: | English |

Source File Information
    Audio File: Device_2_10-28.004

VERBATIM TRANSCRIPTION

Participants:
    CHS:    (S-00079129)
    SM:     Stephen McRae
    UM:     Unknown Male
    UF:     Unknown Female

SMc 00816 NOC 5

Abbreviations:
OV:           Overlapping Voices
PH:           Phonetic
UI:           Unitelligible
[ ]:          Translators Note.

SMc 00817 NOC 5

UNCLASSIFIED

File Number: 98-SU-2086640
Device_2_10-28.004

CHS: Well, we're supposed to be more intelligent and –and be a little bit more--

SM: [laughs] [UI].

CHS: --a little bit more self aware, we are individually--

SM: I-I see that's--

CHS: --but for the large part collectively we're just a bunch of blind, deaf, idiots.

SM: That-that's you, [UI] that's you. [UI] the earth through global warming so you can have a bigger, newer SUV to drive to Walmart. That's fucking insanity. It's insanity. There's nothing, you can't call it ignorance or nothing it's fucking you don't even have a, your-your brain is so twisted and fucked…

CHS: Well, if there was 10,000 Steve McRae's out there shooting up fucking whatevers, you know.

SM: It would stop.

CHS: Uhm, uh, transformers and mines and all that happy horse shit. Then guess what? They-yeah, there'd be something going on there'd be--you know people would say holy shit what the hell is going on? But there's not.

SM: If I had…if there was ten of me right now and I had one month. I think I could bring the United States to its knees, that's how easy it is to do. That's how--it's called insurgency and it's called nodes of infrastructure. You hit the node that controls a lot…criticality, I've studied insurgency. Okay, Its-it's a-- it's-it's incredibly easy. Look at me in my old smoky, beat up truck with my old, rusty rifle. Remember what I was trying to tell-tell uh, Christopher that a bunch of some old gook with a rusty AK-47 run off the biggest country in the world, in Vietnam. That's what they did, that's 'cause they stuck together [noise] they-they had true insurgency. Vietnam is-is-is the example, but you gotta be committed. They, that little country ran us off.

CHS: Oh, yeah.

SM: Because it is weak, it's big and ponderous and weak. It's industrial capitalism, it's not democracy, it's not really our culture. Our culture is part of the problem. But it's industrial capitalism. That's what needs to be reined in down to nearly nothing. You know this idea that you in-infinite growth on a finite planet all this, you know. It- it, just to give you an example the most liberal station in New York, everyday has a show for thirty minutes at 6:30. Not called state of the earth [noise] but called market place.

UNCLASSIFIED

File Number: 98-SU-2086640
Device_2_10-28.004

| | |
|---|---|
| SM: | Let's shift, what, what? Now see I feel better 'cause you felt more, a little more militant. |
| CHS: | You feel better because I feel more militant. I feel worse because I-- |
| SM: | Don't. |
| CHS: | I-I- - |
| SM: | Don't. |
| CHS: | - - I just--It's very—it's a-a very conflicting dilemma for me. |
| SM: | What? |
| CHS: | It is, because-- |
| SM: | It's a win for all of us. For all of us. |
| CHS: | - - [OV] I understand, I understand where you're coming from, okay. |
| SM: | For all of us bro. |
| CHS: | Yeah, but I'm just trying to, I mean, what the hell? How in the hell is shooting transformers going to change anything? There's nobody here by the way. Okay? |
| SM: | [UI] It's… |
| CHS: | It-it appeases your, frustration. |
| SM: | No-no-no, okay. I'd put it the way [UI] lives. That all we got left is a revenge, but I don't believe that. I believe we can win. The-the Vietnamese won. I believe we win. With very few people I know I could. I am serious, I could bring the United States to its knees right now. With ten people and –and- and a hundred thousand dollars. You know so everybody had gas and-and, you know, if I had a company of ten. I could bring this country to its knees. It-I'm, [noise] hey, this one. This, it was opportunity this, the things I-I, so a lot of things I run across are opportunity. I haven't done nothing, I had a big scale one and I had a flat tire right before it and I was on a spare and I avoided it for that reason. Can you imagine trying to leave and get another flat? [noise] You know, uh no… hey they're run. How about this…it, you know corporations control the state. You know that's [UI]. |
| CHS: | I know all that. It [Sighs]-- |

35
UNCLASSIFIED