# EXHIBIT 11

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



FBI WVTAC
1000 Custer Hollow Road
UM1sburg, WV 26306

| | |
|---|---|
| File Number: | 98-SU-2086640 |
| Requesting Official(s) and Office(s): | SA Chris Anderson (SU) |
| Task Number(s) and Date Completed: | 650701, 2/28/2017 |
| Name and Office of Linguist(s): | EMA Taylor Osborne (WVTAC) |
| Name and Office of Reviewer(s): | EMA Todd Turner (WVTAC) |
| Source Language(s): | English |
| Target Language: | English |

Source File Information
   Name of Audio File or CD:  Eagle_10-19-16.002.wav, Eagle_10-19-16.004.wav, and Eagle_10-19-16.005.wav
           −Duration: 4:12:19

### VERBATIM TRANSCRIPTION

<u>Participants</u>: (Delete if not needed.)
   UM1
   UM2
   UM3
   UM4
   UF1
   UF2
   UF3
   UF4
   UF5

UNCLASSIFIED

UNCLASSIFIED

UF6
Noah [PH]

<u>Abbreviations</u>: (Delete if not needed.)

| | |
|---|---|
| [] | Translator's Notes and Exegeses |
| UI | Unintelligible |
| PH | Phonetic |
| OV | Overlapping Voices |

UNCLASSIFIED

File Number: 98-SU-2086640
Audio Name: Eagle_10-19-16.005.wav

| | |
|---|---|
| UM2: | What was that other one? |
| UM1: | Which one? |
| UM2: | The one [UI]— |
| UM1: | [OV] The larger substations are all oil cooled. The larger substation… The little ones like that actually the one across from your motel is oil cooled. It's cooled by oil. They're very vulnerable. Very vulnerable. But the dry ones aren't. That was dry there and you rarely see a dry one that big. Dry is usually little. See the little transformer on… That's a dry transformer on this-on that post. It doesn't have to be cooled. |
| UM2: | [OV] [UI] Oh, there? |
| UM1: | Yeah. |
| UM2: | [OV] Oh. Okay. |
| UM1: | [OV] In fact you usually don't see usually once they get that they they're so hot that so much flowing through them they had to be oil cooled. Like data centers. Data centers is what I really want to focus on. The cloud. Oh, I hate that. The cloud. The cloud, the cloud, the cloud. Like it's some fucking god, you know? How about that? I called Abbey a god a-and-and [UI]— |
| UM2: | [OV] Well these [UI] the big data center's up there just south of Salt Lake [PH]. |
| UM1: | I-I haven't if I had all the money and time I would bring the world to its fucking knees by myself. Data centers are hot. They're cooled too. It's all hot. [UI] all the nodes of civilized infrastructure are hot and have to be cooled. Just wrap your mind around that. Data centers, all that. The fucking NSA [PH] all of them. Goddamn you can take out a cell tower and y-you knock out the whole FBI [PH]. Uh, certain cell towers. The-well they can't communicate within a certain you know hundred radius miles or fifty radius miles. Well you know that. You can't even use your goddamn cell phone half the fucking time. It's weak. Okay, cell towers, data centers, uh substations, God do I need to keep going on on how week it all is. |
| UM2: | [UI]— |
| UM1: | [OV] You know how weak it is, you can't even use your goddamn cell phone, brother, half the fucking time, right? |
| UM2: | Yeah. |

145
UNCLASSIFIED